UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JULIA PREDMORE, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-0253-X |
| | § | |
| NICK'S CLUBS, INC. f/k/a ADVENTURE PLUS ENTERPRISES, INC. d/b/a PT'S MEN'S CLUB, and NICK MEHMETI, | § § § § § | |
| | § | |
| *Defendants.* | § | |

# FINAL JUDGMENT

The Court has entered an order granting Petitioner's, Julia Predmore, *Motion to Confirm Arbitration Award*. Accordingly, it is **ORDERED and ADJUDGED** that Predmore recovers judgment against Defendants Nick's Clubs, Inc. f/k/a Adventure Plus Enterprises, Inc. d/b/a PT's Men's Club, and Nick Mehmeti in accordance with the following totals:

| | |
|---|---|
| **Minimum Wages:** | $4,170.85 |
| **Overtime:** | $367.14 |
| **House Fees:** | $2,800.00 |
| **Tip Outs:** | $1,680.00 |
| **Sub-Total:** | $9,017.99 |
| **Liquidated Damages:** | $9,017.99 |
| **Sub-Total:** | $18,035.98 |
| **Arbitration Attorney Fee Award:** | $200,239.75 |
| **Arbitration Costs awarded to Claimant:** | $10,353.80 |
| **Total Final Award to Claimant:** | $228,629.53 |

1

It is further **ORDERED and ADJUDGED** that Predmore recovers judgment against Defendants for her attorneys' fees for this lawsuit and related nontaxable court costs. Predmore has twenty-one (21) days to file a motion for fees for this litigation with evidentiary support as well as to file a separate bill of costs.

Predmore's taxable costs of Court, as calculated by the clerk of Court are taxed against Defendants.

**IT IS SO ORDERED** this 11th day of April, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE