UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JULIA PREDMORE,<br><br>    *Plaintiff,*<br><br>v.<br><br>NICK MEHMETI and NICK'S CLUBS INC.,<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3:23-CV-0253-X<br>§<br>§<br>§<br>§<br>§<br>§ |

# **FINAL JUDGMENT**

The Court entered an order granting Plaintiff Julia Predmore's Motion to Confirm Arbitration Award. (Doc. 40). Accordingly, it is **ORDERED** and **ADJUDGED** that Predmore recovers judgment against Defendants Nick's Clubs, Inc. f/k/a Adventure Plus Enterprises, Inc. d/b/a PT's Men's Club, and Nick Mehmeti in accordance with the following totals:

**Minimum Wages: $4,170.85**
**Overtime: $367.14**
**House Fees: $2,800.00**
**Tip Outs: $1,680.00**
**Sub-Total: $9,017.99**
**Liquidated Damages: $9,017.99**
**Sub-Total: $18,035.98**
**Arbitration Attorney Fee Award: $200,239.75**
**Arbitration Costs awarded to Claimant: $10,353.80**
**Total Final Award to Claimant: $228,629.53**

It is further **ORDERED** and **ADJUDGED** that Predmore recovers judgment against Defendants for her attorney's fees for this lawsuit and related nontaxable

court costs. Predmore has twenty-one (21) days to file a motion for fees for this litigation with evidentiary support as well as to file a separate bill of costs.

Predmore's taxable costs of Court, as calculated by the clerk of Court are taxed against Defendants.

**IT IS SO ORDERED** this 9th day of April, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2